

**Computershare Governance Services, Inc.**
100 Beard Sawmill Road, Shelton, CT 06484

08/22/2022

Foster Wheeler Energy Corporation
Frederick Wolsky Legal Asbestos Litigation
Amec Foster Wheeler Limited
53 Frontage Road
Hampton NJ 08827

# SERVICE OF PROCESS NOTICE

Item: 2022-1615

The following is a courtesy summary of the enclosed document(s). **ALL information should be verified by you.**

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard.

| | | |
|---|---|---|
| 1. | **Entity Served:** | Foster Wheeler Energy Corporation |
| 2. | **Title of Action:** | David Ortman vs. A.W. Chesterton Company, et al. |
| 3. | **Document(s) Served:** | Summons<br>Complaint at Law<br>Exhibit A |
| 4. | **Court/Agency:** | Cook County Circuit Court |
| 5. | **State Served:** | Illinois |
| 6. | **Case Number:** | 2022L006826 |
| 7. | **Case Type:** | Asbestos |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Thursday 08/18/2022 |
| 10. | **Date to Client:** | Monday 08/22/2022 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 30<br>Saturday 09/17/2022 — CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Cooney & Conway<br>Chicago, IL<br>312-236-6166 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 141 |
| 16. | **Notes:** | None. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At ComputerShare, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by United Agent Group Inc.

Phone: 866 820 7754, Option 2 | www.cgsregisteredagent.com



DocuSign Envelope ID: 08E8D4F5-4C2E-4BF2-9CC8-D825D05E93C3

Il Law Division initial case management dates will be heard via Zoom.
or more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
emote Court date: No hearing information was found.

RCC/ch

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

FILED
8/2/2022 10:11 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L006826
Calendar, J1
18911390

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

DAVID ORTMAN,

Plaintiff,

vs.

A.W. CHESTERTON COMPANY, et al.,

Defendants.

IN RE: ASBESTOS LITIGATION

NO.: 2022L006826

Foster wee 6

PLEASE SERVE
See Attached Service Information

2022 L006826

**SUMMONS**

To Each Defendant: See Attached Service List

**YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Witness this Date: 8/2/2022 10:11 AM IRIS Y. MARTINEZ

Clerk of Court

Date of Service: _____

(To be inserted by officer on copy left with Defendant or Other person.)

Atty. No.: 90200
Name: COONEY & CONWAY
Attorneys for: Plaintiff(s)
Address: 120 N. LaSalle St., Suite 3000
City/State/ZIP: Chicago, IL 60602
Telephone: (312) 236-6166

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Page 1 of 6

DocuSign Envelope ID: 08EBD4F5-4C2E-4DF2-9CC8-D825D05F93C3

**DAVID ORTMAN**

# Service of Summons

| | |
|---|---|
| **A.O. SMITH CORPORATION** | The Prentice Hall Corporation<br>222 S. Riverside Drive, #2310<br>Chicago, IL 60606 |
| **A.W. CHESTERTON COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.** | Corporation Service Company<br>2595 Interstate Drive, Suite 103<br>Harrisburg, PA 17110 |
| **BAY STATE ABRASIVES, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BLACKMER PUMP COMPANY** | BLACKMER PUMP COMPANY<br>1809 Century Ave. SW<br>Grand Rapids, MI 49503-1530 |
| **BW/IP Inc.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **CINCINNATI VALVE COMPANY d/b/a LUNKENHEIMER VALVE CO.** | Rick A. Hopkins<br>2639 Erie Avenue #8622<br>Cincinnati, OH 45208 |

| | |
|---|---|
| **CLEAVER-BROOKS, INC.** | Ronald G. Thimm<br>11950 West Lake Park Drive<br>Milwaukee, WI 53201 |
| **CRANE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **DAP, INC.** | The Prentice Hall Corporation<br>50 West Broad Street, Suite 1800<br>Columbus, OH 43215 |
| **EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FMC CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FOSTER WHEELER ENERGY CORP.** | Thomas R. O&#39;Brian, Esq.<br>Perryville Corporate Park<br>Clinton, NY 08809 |
| **GENERAL ELECTRIC COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |

**Page 3 of 6**

| | |
|---|---|
| **GRINNELL LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **H.B. FULLER COMPANY (BENJAMIN FOSTER CO.)** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **HENRY PRATT COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **IMO INDUSTRIES, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **INDUSTRIAL HOLDINGS CORPORATION, f/k/a THE CARBORUNDUM CORPORATION, a Delaware Corporation** | Corporation Service Co.<br>80 State Street<br>Albany, NY 12207 |
| **JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **MUELLER CO., LTD.** | C T Corporation system<br>1999 Bryan Street, Suite 900<br>Dallas, TX 75201 |

DocuSign Envelope ID: 08EBD4F5-4C2E-4DF2-9CC8-D825D05F93C3

| | |
|---|---|
| **PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **REDCO CORPORATION, f/k/a CRANE CO.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **RILEY POWER, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **SAINT-GOBAIN ABRASIVES, INC., Individually and as successor by merger to NORTON INDUSTRIAL ABRASIVES CO.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **STERLING FLUID SYSTEMS (USA), LLC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY** | THE J.R. CLARKSON COMPANY, Successor-by-Merger to ANDERSON, GREENWOOD & COMPANY<br>10707 Clay Road<br>Houston, TX 77041 |

DocuSign Envelope ID: 08EBD4F5-4C2E-4DF2-9CC8-D825D05F93C3

| **UNION CARBIDE CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
|---|---|
| **UNIROYAL, INC.** | UNIROYAL, INC.<br>70 Great Hill Road<br>Naugatuck, CT 06770 |
| **WARREN PUMPS, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

DocuSign Envelope ID: 08EBD4F5-4C2E-4DF2-9CC8-D825D05F93C3

RCC/ch

FILED
8/2/2022 10:11 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L006826
Calendar, J1
18911390

STATE OF ILLINOIS )
               ) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

DAVID ORTMAN,

          Plaintiff,

     vs.

A.W. CHESTERTON COMPANY;
A.O. SMITH CORPORATION;
AIR & LIQUID SYSTEMS CORPORATION as Successor-
   By-Merger to BUFFALO PUMPS, INC.;
BAY STATE ABRASIVES, INC.;
BLACKMER PUMP COMPANY;
BW/IP Inc.;
CINCINNATI VALVE COMPANY d/b/a LUNKENHEIMER
   VALVE CO.;
CLEAVER-BROOKS, INC.;
CRANE COMPANY;
DAP, INC.;
EATON CORPORATION, Individually and as Successor-
   in-Interest to CUTLER HAMMER, INC.;
FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP.,
   Individually, and as Successor-in-Interest to THE
   EDWARD VALVE AND MANUFACTURING
   COMPANY, and as Successor-in-Interest to
   ROCKWELL MANUFACTURING COMPANY;
FMC CORPORATION;
FOSTER WHEELER ENERGY CORP.;
GENERAL ELECTRIC COMPANY;
GRINNELL LLC;
H.B. FULLER COMPANY (BENJAMIN FOSTER CO.);
HENRY PRATT COMPANY;
IMO INDUSTRIES, INC.;
INDUSTRIAL HOLDINGS CORPORATION, f/k/a THE
   CARBORUNDUM CORPORATION, a Delaware
   Corporation;
JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY;
JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY
   TECHNOLOGIES LLC;
METROPOLITAN LIFE INSURANCE COMPANY;

IN RE: ASBESTOS LITIGATION

NO: 2022L006826

MUELLER CO., LTD.;
PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a
    CBS CORPORATION, a Delaware Corporation, f/k/a
    VIACOM INC., Successor by merger to CBS
    CORPORATION, a Pennsylvania Corporation, f/k/a
    WESTINGHOUSE ELECTRIC CORPORATION;
REDCO CORPORATION, f/k/a CRANE CO.;
RILEY POWER, INC.;
ROCKWELL AUTOMATION, as Successor-in-Interest to
    ALLEN BRADLEY COMPANY;
SAINT-GOBAIN ABRASIVES, INC., Individually and as
    successor by merger to NORTON INDUSTRIAL
    ABRASIVES CO.;
SCHNEIDER ELECTRIC USA, INC., formerly known as
    SQUARE D COMPANY, INC.;
STERLING FLUID SYSTEMS (USA), LLC.;
THE J.R. CLARKSON COMPANY, SUCCESSOR BY
    MERGER TO ANDERSON, GREENWOOD, &
    COMPANY;
UNION CARBIDE CORPORATION;
UNIROYAL, INC.;
WARREN PUMPS, LLC;

             Defendants.

## COMPLAINT AT LAW

### COUNT 1

      NOW COMES the Plaintiff, DAVID ORTMAN, by and through his attorneys, COONEY and CONWAY, and for his cause of action against the Defendants, individually and concurrently, states:

      1.      The Plaintiff, DAVID ORTMAN, was employed from 1958 to 2001, in various capacities, including Mechanic's Helper, Machine Operator, Grinder, Laborer and Maintenance Man, at various locations.

      2.      During the course of his employment, non-occupational work projects (including, but not limited to, home and automotive repairs, maintenance and remodeling) and/or in other ways, the Plaintiff was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers emanating from certain products he was working with and around that were manufactured, sold, distributed, marketed or installed by the Defendants: A.O. SMITH CORPORATION; A.W. CHESTERTON COMPANY; AIR & LIQUID

DocuSign Envelope ID: 08EBD4F5-4C2E-4DF2-9CC8-D825D05F93C3

SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.; BAY STATE ABRASIVES, INC.; BLACKMER PUMP COMPANY; BW/IP Inc.; CINCINNATI VALVE COMPANY d/b/a LUNKENHEIMER VALVE CO.; CLEAVER-BROOKS, INC.; CRANE COMPANY; DAP, INC.; EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.; FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY; FMC CORPORATION; FOSTER WHEELER ENERGY CORP.; GENERAL ELECTRIC COMPANY; GRINNELL LLC; H.B. FULLER COMPANY (BENJAMIN FOSTER CO.); HENRY PRATT COMPANY; IMO INDUSTRIES, INC.; INDUSTRIAL HOLDINGS CORPORATION, f/k/a THE CARBORUNDUM CORPORATION, a Delaware Corporation; JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY; JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC; MUELLER CO., LTD.; PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; REDCO CORPORATION, f/k/a CRANE CO.; RILEY POWER, INC.; ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; SAINT-GOBAIN ABRASIVES, INC., Individually and as successor by merger to NORTON INDUSTRIAL ABRASIVES CO.; SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.; STERLING FLUID SYSTEMS (USA), LLC.; THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY; UNION CARBIDE CORPORATION; UNIROYAL, INC.; WARREN PUMPS, LLC; ("Defendants"). (See Exhibit "A" Attached Hereto)

3.      At all times herein set forth, the Defendants' products were being employed in the manner and for the purposes for which they were intended.

4.      DAVID ORTMAN's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

DocuSign Envelope ID: 08EBD4F5-4C2E-4DF2-9CC8-D825D05F93C3

5.      The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

6.      The Plaintiff, DAVID ORTMAN, suffered from an asbestos-related disease, including Mesothelioma and became aware of said disease on or about April 29, 2022, and, subsequently thereto, became aware that the same was wrongfully caused.

7.      At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff and others working with and around the asbestos-containing products of the Defendants.

8.      The Defendants failed to exercise ordinary care and caution for the safety of DAVID ORTMAN in one or more of the following respects:

(a)     Included asbestos in their products, even though it was foreseeable and could or should have been anticipated that persons such as DAVID ORTMAN working with or around them would inhale, ingest or otherwise absorb asbestos;

(b)     Included asbestos in their products when the Defendants knew or should have known that said asbestos fibers would have a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them;

(c)     Included asbestos in their products when adequate substitutes for the asbestos in them was available;

(d)     Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(e)     Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them; and,

(f)     Failed to conduct tests on the asbestos-containing products manufactured, sold, delivered or installed by the Defendants in order to determine the hazards to which workers such as DAVID ORTMAN might be exposed while working with the products.

DocuSign Envelope ID: 08EBD4F5-4C2E-4DF2-9CC8-D825D05F93C3

(g)     Marketed and/or distributed a product containing asbestos fibers;

(h)     Failed to provide instruction as to what appropriate apparel, if any, would be safe to wear while using and/or working in proximity to the Defendants' products;

(i)     Failed to develop alternative, non-asbestos containing products in a timely manner;

(j)     Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

(k)     Failed to provide safe packaging for its products.

9.     That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, DAVID ORTMAN was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing DAVID ORTMAN to develop Mesothelioma; DAVID ORTMAN is compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; DAVID ORTMAN experiences great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his asbestos-induced disease and conditions, DAVID ORTMAN is hindered from enjoying his normal life activities and routines; lastly, his family has been deprived of his means of support.

WHEREFORE, the Plaintiff, DAVID ORTMAN, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 2
(Exposure While Serving in the U.S. Navy)

NOW COMES the Plaintiff, DAVID ORTMAN, by and through his attorneys, COONEY and CONWAY, and for his cause of action against the Defendants, individually and concurrently, states:

1.     The Plaintiff, DAVID ORTMAN, served in the United States Navy from 1964 to 1966 in various capacities, including Machinist Mate, at various locations.

2.     During the course of his service, the Plaintiff was exposed to and inhaled, ingested or

DocuSign Envelope ID: 08EBD4F5-4C2E-4DF2-9CC8-D825D05F93C3

otherwise absorbed asbestos fibers emanating from certain products he was working with and around that were manufactured, sold, distributed, marketed or installed by the Defendants: A.O. SMITH CORPORATION; A.W. CHESTERTON COMPANY; AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.; BAY STATE ABRASIVES, INC.; BLACKMER PUMP COMPANY; BW/IP Inc.; CINCINNATI VALVE COMPANY d/b/a LUNKENHEIMER VALVE CO.; CLEAVER-BROOKS, INC.; CRANE COMPANY; DAP, INC.; EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.; FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY; FMC CORPORATION; FOSTER WHEELER ENERGY CORP.; GENERAL ELECTRIC COMPANY; GRINNELL LLC; H.B. FULLER COMPANY (BENJAMIN FOSTER CO.); HENRY PRATT COMPANY; IMO INDUSTRIES, INC.; INDUSTRIAL HOLDINGS CORPORATION, f/k/a THE CARBORUNDUM CORPORATION, a Delaware Corporation; JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY; JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC; MUELLER CO., LTD.; PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; REDCO CORPORATION, f/k/a CRANE CO.; RILEY POWER, INC.; ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; SAINT-GOBAIN ABRASIVES, INC., Individually and as successor by merger to NORTON INDUSTRIAL ABRASIVES CO.; SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.; STERLING FLUID SYSTEMS (USA), LLC.; THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY; UNION CARBIDE CORPORATION; UNIROYAL, INC.; WARREN PUMPS, LLC; ("Defendants"). (See Exhibit "B" Attached Hereto)

3.      At all times herein set forth, the Defendants' products were being employed in the manner and for the purposes for which they were intended.

4.      DAVID ORTMAN's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

5.      The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

6.      The Plaintiff, DAVID ORTMAN, suffered from an asbestos-related disease, including Mesothelioma and became aware of said disease on or about April 29, 2022, and, subsequently thereto, became aware that the same was wrongfully caused.

7.      At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff and others working with and around the asbestos-containing products of the Defendants.

8.      The Defendants failed to exercise ordinary care and caution for the safety of DAVID ORTMAN in one or more of the following respects:

(a)     Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(b)     Failed to provide any or adequate warnings concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them; and,

(c)     Failed to warn users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

9.      That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, DAVID ORTMAN was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing DAVID ORTMAN to develop Mesothelioma; DAVID ORTMAN is compelled to expend and become liable for large sums of monies for hospital, medical and other health

DocuSign Envelope ID: 08EBD4F5-4C2E-4DF2-9CC8-D825D05F93C3

care services necessary for the treatment of his asbestos-induced disease and conditions; DAVID ORTMAN experiences great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his asbestos-induced disease and conditions, DAVID ORTMAN is hindered from enjoying his normal life activities and routines; lastly, his family has been deprived of his means of support.

WHEREFORE, the Plaintiff, DAVID ORTMAN, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 3

NOW COMES the Plaintiff, DAVID ORTMAN, by and through his attorneys, COONEY AND CONWAY, and complaining of the Defendant, METROPOLITAN LIFE INSURANCE CO., alleges and says:

1.     DAVID ORTMAN contracted Mesothelioma as a result of his exposure to asbestos.

2.     Before Plaintiff worked with Defendants' products at the aforesaid jobsites, each of the Defendants knew that exposure to asbestos caused serious disease and death.

3.     Asbestos was present, and rendered airborne, at the aforesaid jobsites.

4.     Unarco Industries, Inc., Johns-Manville Corporation, Johns-Manville Sales Corporation, Raymark Industries, Inc. (formerly Raybestos-Manhattan, Inc.), Owens Corning, Pittsburgh Corning Corporation, United States Gypsum and T&N Ltd., are corporations, and they, or their corporate predecessors, were during the time relevant to the allegations herein, in the business of manufacturing and distributing asbestos and asbestos-containing products.

5.     Defendant, METROPOLITAN LIFE INSURANCE COMPANY, is a corporation.

6.     Hereafter "Conspirators" refers to each of the corporations named in paragraphs 4 through 5.

7.     DAVID ORTMAN was exposed to asbestos, including asbestos from one or more of the Conspirators.

DocuSign Envelope ID: 03EBD4F5-4C2E-4DF2-9CC8-D825D05F93C3

8.    Exposure to asbestos is a cause of serious disease and death, including asbestosis and malignancies.

9.    The Mesothelioma from which DAVID ORTMAN suffers is an indivisible injury which resulted from the total and cumulative effect of all the asbestos to which he was exposed.

10.    Before DAVID ORTMAN's exposure to asbestos, Conspirators knew that exposure to asbestos caused serious disease and death.

11.    Conspirators knew that individuals exposed to asbestos were ignorant of the hazardous properties of asbestos.

12.    Before and during his exposure to asbestos; DAVID ORTMAN, was unaware that exposure to asbestos caused serious disease and death.

13.    The knowledge of the Conspirators included the following:

    (a)    two or more Conspirators had been in the asbestos business for years and had directed manufacturing operations;.

    (b)    each had actual knowledge of asbestos disease and death among workers exposed to asbestos as early as the 1940's.

14.    Conspirators knew that asbestos was inherently dangerous and knew that under the decisional law of Illinois and other states, each was under a duty not to sell asbestos without providing adequate warning of its harmful qualities.

15.    Conspirators had employees who were exposed to asbestos dust and each of them had a statutory, regulatory, and decisional law duty to provide their employees with a safe place to work, or at the least, to warn the employees of the hazards presented by the presence of asbestos dust.

16.    Conspirators knew that if they adequately warned their own employees and other persons who were at risk of asbestos disease, the publication of such warning would cause workers to leave the industries using asbestos and therefore reduce the sale and usage of asbestos and cause those who were exposed through household and neighborhood exposures to press for the cessation of such

DocuSign Envelope ID: 08EBD4F5-4C2E-4DF2-9CC8-D825D05F93C3

exposures.

    17.    Conspirators knowingly conspired and agreed among themselves to, among others:

        (a)    positively assert that which was not true, that it was safe for people to be exposed to asbestos and asbestos-containing products;

        (b)    suppress information about the harmful effects of asbestos causing people to be ignorant of that information.

    18.    One or more of the Conspirators performed the following overt acts in furtherance of the conspiracy:

        (a)    sold asbestos products which were used at locations within the state of Illinois, where DAVID ORTMAN worked without warning of the hazards known to the seller;

        (b)    refused to warn its own employees about the hazards of asbestos known to it; among the employees who were not warned were those who worked within the state of Illinois;

        (c)    edited and altered the reports and drafts of publications initially prepared by Dr. Lanza concerning the hazards of asbestos during the 1930's;

        (d)    agreed in writing not to disclose the results of research on the effects of asbestos upon health unless the results suited their interests;

        (e)    obtained an agreement in the 1930's from the editors of ASBESTOS, the only trade magazine devoted exclusively to asbestos, that the magazine would never publish articles on the fact that exposure to asbestos caused disease, and sustained this agreement into the 1970's;

        (f)    suppressed the dissemination of a report by Dr. Gardner in 1943 which was critical of the concept that there was a safe level of asbestos exposure;

        (g)    through their control of the Asbestos Textile Institute (ATI), defeated further study of health of workers when William Hemeon graphically demonstrated the need for such study and dissemination of information in the 1940's;

        (h)    edited and altered the reports and drafts of publications regarding asbestos and health initially prepared by Dr. Vorwald during 1948-1951; and

        (i)    suppressed the results of the Fibrous Dust Studies conducted during

1966-74 by Industrial Hygiene Foundation, John-Manville, Raybestos Manhattan, Owens Corning, Pittsburgh Corning Corporation and PPG Industries, which results demonstrate and confirmed that exposure to asbestos caused cancer and asbestosis.

19.     The agreement and the acts done in furtherance of the agreement, including those performed in the State of Illinois, were proximate causes of the injury, specifically Mesothelioma.

WHEREFORE, the Plaintiff, DAVID ORTMAN, demands judgment against the Defendant, METROPOLITAN LIFE INSURANCE CO., in an amount in excess of jurisdictional amount, plus costs.

Respectfully submitted,

COONEY AND CONWAY

By: _Robert C. Cooney_____

Attorneys for Plaintiff

Robert Cooney
**COONEY AND CONWAY**
Attorneys for Plaintiff
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602
Firm I.D. No.: 90200
rcooney@cooneyconway.com

Docusign Envelope ID: 08EBD4F5-4C2E-4DF2-9CC8-D825D05F93C3
Il Law Division Initial Case Management Dates will be heard via ZOOM.
er more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
emote Court data was printinformation was found.

FILED
8/2/2022 10:11 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L006826
Calendar  J1

**EXHIBIT "A"**
Personal Exposure (Civilian),
**DAVID ORTMAN**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| DX Service Station (Indianapolis, IN) | 1958-1960 | **A.O. SMITH CORPORATION:** Asbestos Containing Boilers, Hot Water Heaters, Heat Exchangers, Tanks, Pipe Covering, Vessels, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| Shell Service Station (Indianapolis, IN) | 1960-1961 | |
| Link Belt (Bearing Division) (Indianapolis, IN) | 1961-1964; 1966-1977 | **A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products |
| Indiana Power and Light Co. (IPL) (Indianapolis, IN) | 1977-2001 | **AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
| | | **BAY STATE ABRASIVES, INC.:** Asbestos-Containing Grinding Wheels |
| | | **BLACKMER PUMP COMPANY:** Asbestos Containing Pumps, Compressors, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Products and Equipment |
| | | **BW/IP Inc.:** Asbestos Containing Pumps, Pipe Covering, Byron Jackson Pumps, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **CINCINNATI VALVE COMPANY d/b/a LUNKENHEIMER VALVE CO.:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment |
| | | **CLEAVER-BROOKS, INC.:** Asbestos Containing Boilers, Tanks, Deaerators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
| | | **CRANE COMPANY:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment |
| | | **DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products |
| | | **EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing |

**DAVID ORTMAN**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials **FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment **FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment **FOSTER WHEELER ENERGY CORP.:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment **GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment **GRINNELL LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment **H.B. FULLER COMPANY (BENJAMIN FOSTER CO.):** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products **HENRY PRATT COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment **IMO INDUSTRIES, INC.:** Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment **INDUSTRIAL HOLDINGS CORPORATION, f/k/a THE CARBORUNDUM CORPORATION, a Delaware Corporation:** Asbestos Friction Materials, Asbestos Containing Grinding Wheels and Other Asbestos Containing Products and Equipment **JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products **JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC:** Asbestos Containing Compressors, |

DocuSign Envelope ID: 09EBD4F5-4C2E-4DF2-9CC8-D825D05F93C3

**DAVID ORTMAN**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
|  |  | Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment |
|  |  | **MUELLER CO., LTD.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment |
|  |  | **PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **REDCO CORPORATION, f/k/a CRANE CO.:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment |
|  |  | **RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |
|  |  | **ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper |
|  |  | **SAINT-GOBAIN ABRASIVES, INC., Individually and as successor by merger to NORTON INDUSTRIAL ABRASIVES CO.:** Asbestos Containing Grinding Wheels and Surface Finishing Products |
|  |  | **SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment |
|  |  | **STERLING FLUID SYSTEMS (USA), LLC.:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |
|  |  | **THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, |

DocuSign Envelope ID: 08EBD4F5-4C2E-4DF2-9CC8-D825D05F93C3

**DAVID ORTMAN**

| Jobsite | Years | Defendant: Products |
|---|---|---|
|  |  | Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**UNION CARBIDE CORPORATION:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products<br>**WARREN PUMPS, LLC:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment |

DocuSign Envelope ID: 08EBD4F5-4C2E-4DF2-9CC8-D825D05F93C3

DAVID ORTMAN

**EXHIBIT "B"**
Personal Exposure While in the U.S. Navy,
**DAVID ORTMAN**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| U.S. Navy<br>• Great Lakes Naval Base (Great Lakes, IL)<br>• USS Independence (CVA-62) | 1964-1966 | **A.O. SMITH CORPORATION:** Asbestos Containing Boilers, Hot Water Heaters, Heat Exchangers, Tanks, Pipe Covering, Vessels, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**BAY STATE ABRASIVES, INC.:** Asbestos-Containing Grinding Wheels<br>**BLACKMER PUMP COMPANY:** Asbestos Containing Pumps, Compressors, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Products and Equipment<br>**BW/IP Inc.:** Asbestos Containing Pumps, Pipe Covering, Byron Jackson Pumps, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**CINCINNATI VALVE COMPANY d/b/a LUNKENHEIMER VALVE CO.:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**CLEAVER-BROOKS, INC.:** Asbestos Containing Boilers, Tanks, Deaerators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**CRANE COMPANY:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment<br>**DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing |

**DAVID ORTMAN**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials **FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment **FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment **FOSTER WHEELER ENERGY CORP.:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment **GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment **GRINNELL LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment **H.B. FULLER COMPANY (BENJAMIN FOSTER CO.):** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products **HENRY PRATT COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment **IMO INDUSTRIES, INC.:** Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment **INDUSTRIAL HOLDINGS CORPORATION, f/k/a THE CARBORUNDUM CORPORATION, a Delaware Corporation:** Asbestos Friction Materials, Asbestos Containing Grinding Wheels and Other Asbestos Containing Products and Equipment **JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products **JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC:** Asbestos Containing Compressors, |

DocuSign Envelope ID: 08EBD4F5-4C2E-4DF2-9CC8-D825D05F93C3

**DAVID ORTMAN**

| Jobsite | Years | Defendant: Products |
|---------|-------|---------------------|
| | | Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment<br>**MUELLER CO., LTD.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**REDCO CORPORATION, f/k/a CRANE CO.:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**SAINT-GOBAIN ABRASIVES, INC., Individually and as successor by merger to NORTON INDUSTRIAL ABRASIVES CO.:** Asbestos Containing Grinding Wheels and Surface Finishing Products<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**STERLING FLUID SYSTEMS (USA), LLC.:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, |

DocuSign Envelope ID: 08EBD4F5-4C2E-4DF2-9CC8-D825D05F93C3

**DAVID ORTMAN**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**UNION CARBIDE CORPORATION:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products<br>**WARREN PUMPS, LLC:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment |

AUG 1 8 2022